IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL T. TUCH,

      Plaintiff,

   v.

UNITED STATES POSTAL SERVICE,
      Defendant.

Civ. No. 05-6202-AA

ORDER OF DISMISSAL

---

AIKEN, Judge:

By order dated July 22, 2005, plaintiff was advised of certain deficiencies in his complaint and allowed 30 days to file an amended complaint that complies with the minimal pleading requirements of Federal Rule of Civil Procedure 8(a). Plaintiff filed an amended pleading on August 5, 2005. However, plaintiff's amended complaint remains deficient in several respects. The Amended Complaint remains mostly illegible and does not allege a cause of action under federal law; rather, plaintiff apparently seeks an order to sell his parents house. Thus, plaintiff's amended pleading, like the original, does not satisfy Federal Rules

1     - ORDER

of Civil Procedure 8(a) or 8(e) which require plaintiff to set forth his claim in a short and plain statement showing that he is entitled to relief.  Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

    Dated this 23rd day of August, 2005.


_____
Ann Aiken
United States District Judge